UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARK WALKER** | **CIVIL ACTION** |
| **VERSUS** | **NO: 12-2521** |
| **MARLIN GUSMAN, ET AL.** | **SECTION: "S" (3)** |

### ORDER

**IT IS HEREBY ORDERED** that the United States Magistrate Judge's Order denying plaintiff's discovery motions, motions for sanctions, and motion for a telephone conference (Doc. #153) is **AFFIRMED**. Plaintiff's discovery motions, motions for sanctions, and motion for a telephone conference were Docs. #55, 66, 72, 79, 85, 90, 94, 100, 103, 120, 137, 140. His appeals of the United States Magistrate Judge's Order denying those motions were Docs. #164, 171 and 177.

An order issued by a magistrate judge concerning nondispositive pretrial matters is reviewed by the district court under the clearly erroneous standard. See Perales v. Sasilla, 950 F.2d 1066, 1070 (5th Cir. 1992); 28 U.S.C.A. § 636(b)(1)(A) (West 2009). Plaintiff has not demonstrated that the magistrate judge's decisions were clearly erroneous.

**IT IS FURTHER ORDERED** that Plaintiff's "Motion for Order Directing Defendants to Follow Pre-Trial and Scheduling Orders and Extension of Deadline to Do So" (Doc. #167) is **DENIED** as to directing the defendants to follow the pre-trial and scheduling order because plaintiff has not demonstrated that the defendants have not complied therewith. The motion is **GRANTED** as to extending the discovery cut-off deadline, which shall be reset to February 11, 2014.

New Orleans, Louisiana, this  13th  day of January, 2014.

_____
**MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE**